In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-518 CV


____________________



ROB L. NEWBY, Appellant



V.



KELLI WARD, ET AL., Appellees






On Appeal from the 1-A District Court


Tyler County, Texas


Trial Cause No. 20,550






 MEMORANDUM OPINION


 The appellant, Rob L. Newby, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed.

 APPEAL DISMISSED. 

 ____________________________

 HOLLIS HORTON

 Justice

Opinion Delivered January 24, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.